IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DEL MONTE FRESH PRODUCE N.A., INC. ) | |
| ) | |
| Plaintiff, ) | Case No. |
| ) | |
| v. ) | |
| ) | |
| DANIELL PRODUCE AND WHOLESALE ) | |
| INCOPORATED, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**VERIFIED MOTION OF DEVIN J. ODDO FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5(F), Devin J. Oddo submits this Verified Motion for Admission *Pro Hac Vice* in this matter, to represent the interests of Del Monte Fresh Produce N.A., Inc. In support of this Verified Motion, Mr. Oddo states as follows:

1. My contact information is: Devin J. Oddo, Martyn and Associates, 820 Superior Ave., NW, Tenth Floor, Cleveland, Ohio 44113; telephone (216) 861-4700; facsimile (216) 861-4703, email djoddo@martynlawfirm.com.

2. I am member in good standing of the state bar of Ohio, bar I.D. number 0069693. I am also a member in good standing with the Northern and Southern Districts of Ohio, the Sixth Circuit Court of Appeals and the Eastern District of Michigan.

3. I have never appeared *pro hac vice* on behalf of any client in any case before this Court.

4. I have not been, nor am currently subject to, any disciplinary actions in any state.

5. I am moving to appear *pro hac vice* in this case because I have been retained by Del Monte Fresh Produce N.A., Inc. on its claims against Defendants Daniell Produce and

Wholesale Incorporated, J. Chad Strader and Lora D. Strader, all of whom reside within this District.

WHEREFORE, undersigned counsel Devin J. Oddo, on behalf of its client, Del Monte Fresh Produce N.A., Inc., respectfully moves the Court for admission *pro hac vice* in this matter.

Respectfully submitted,

_____
DEVIN J. ODDO
 Ohio Bar I.D. No. 0069693
MARTYN AND ASSOCIATES
820 Superior Avenue, N.W., Tenth Floor
Cleveland, Ohio 44113
(216) 861-4700 - telephone
(216) 861-4703 – facsimile
djoddo@martynlawfirm.com

Attorney for Plaintiff