AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Central_____ District of _____Illinois_____

DEL MONTE FRESH PRODUCE N.A., INC.

V.

DANIELL PRODUCE AND WHOLESALE INCORPORATED, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-2110

TO: (Name and address of Defendant)

Daniell Produce and Wholesale Incorporated
2301 Commercial Avenue
Mattoon, IL 61938

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Devin J. Oddo
Martyn and Associates
820 W. Superior Ave., 10th Floor
Cleveland, OH 44113

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                                    June 4, 2007
CLERK                                                DATE

s/S. Johnson
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

DEL MONTE FRESH PRODUCE N.A., INC.

V.

DANIELL PRODUCE AND WHOLESALE INCORPORATED, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-2110

TO: (Name and address of Defendant)

J. Chad Strader
1 Country Club Lane
Arcola, Illinios 61910

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Devin J. Oddo
Martyn and Associates
820 W. Superior Ave., 10th Floor
Cleveland, OH 44113

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                                       6-4-07
CLERK                                                   DATE

s/S. Johnson
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

DEL MONTE FRESH PRODUCE N.A., INC.

V.

DANIELL PRODUCE AND WHOLESALE INCORPORATED, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-2110

TO: (Name and address of Defendant)

Lora D. Strader
1 Country Club Lane
Arcola, Illinios 61910

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Devin J. Oddo
Martyn and Associates
820 W. Superior Ave., 10th Floor
Cleveland, OH 44113

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters         6-4-07
CLERK                     DATE

s/S. Johnson
(By) DEPUTY CLERK