E-FILED
Friday, 14 September, 2007  01:18:44 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DEL MONTE FRESH PRODUCE N.A., INC. | ) |
| Plaintiff, | ) Case No. 07-2110 |
| v. | ) |
| DANIELL PRODUCE AND WHOLESALE INCOPORATED, et al. | ) |
| Defendants. | ) |

## NOTICE OF FILING BANKRUPTCY

Plaintiff Del Monte Fresh Produce N.A., Inc. ("Plaintiff") respectfully submits this Notice of Filing Bankruptcy. Defendants Daniell Produce and Wholesale Incorporated, J. Chad Strader and Lora D. Strader have each filed for bankruptcy protection in the United States Bankruptcy Court for the Central District of Illinois, Danville Division. Defendant Daniell Produce filed for Chapter 7 bankruptcy (Case No. 07-90885); Defendants Chad and Lora Strader filed for Chapter 13 bankruptcy (Case No. 07-90884). Undersigned counsel tried without success to have counsel for Defendants file an appearance and notify this Court of the pending bankruptcy cases. As such, Plaintiff is notifying the Court.

Respectfully submitted,

/s/ Devin J. Oddo
DEVIN J. ODDO
 Ohio Bar I.D. No. 0069693
MARTYN AND ASSOCIATES
820 Superior Avenue, N.W., Tenth Floor
Cleveland, Ohio  44113
(216) 861-4700 - telephone
(216) 861-4703 – facsimile
djoddo@martynlawfirm.com

Attorney for Plaintiff